IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
No. 13-2492
(3:12-cv-00212-MOC-DSC)

| | |
|---|---|
| **ERNIE S. BALDWIN,** | |
| Plaintiff-Appellant, | |
| v. | MOTION FOR EXTENSION OF TIME TO FILE JOINT APPENDIX AND APPELLANT'S OPENING BRIEF |
| **DUKE ENERGY CORPORATION; and DUKE ENERGY BUSINESS SERVICES, LLC,** | (Fed. R. App. P. 26(b)) |
| Defendants-Appellees. | |

PURSUANT to Federal Rule of Appellate Procedure 26(b), Appellant Ernie Baldwin moves for a 30-day extension of the time for filing the Joint Appendix and his Opening Brief. In support of this motion, Appellant shows unto the Court as follows:

1. The initial briefing order in this case (Docket No. 14), called for the Joint Appendix and Appellant's Opening Brief to be filed on or before March 10, 2014; and by Order of February 20, 2014 (Docket No. 15), the Court extended both deadlines to March 24, 2014.

2. The undersigned attorney has only recently been hired to assist with this appeal and made an appearance in the case two days ago (March 19, 2014).

Appellant's original counsel Stephen A. Boyce had to withdraw from the case for medical reasons. Further, two ice storms in the Greensboro area in the last two weeks resulted in a loss of power for several days, and this law firm's computer (server) was incapacitated for several days, resulting in a loss of access to software and electronically stored documents. An additional 30 days is needed to compile the Joint Appendix and prepare a proper Opening Brief.

3. The undersigned counsel has conferred with counsel for Appellees, and they have indicated that they consent to the requested extension of time.

WHEREFORE, Appellant respectfully requests that the Court extend the deadline for the filing of the Joint Appendix and Appellant's Opening Brief to and including April 24, 2014.

This, the 21st day of March, 2014.

OF COUNSEL:
HIGGINS BENJAMIN, PLLC
101 W. Friendly Ave., Suite 500
Greensboro, NC  27401
(336) 273-1600
fax: (336) 274-4650
e-mail: jwall@greensborolaw.com

_/s/Jon Wall_____
Jonathan Wall
(NC State Bar #22839)
  *Attorney for Appellant*

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification and a copy of such filing electronically to the following: Molly M. Shah and Stephen D. Dellinger, attorneys for defendants.

      This, the 21st day of March, 2014.

                                    /s/Jon Wall_____
                                    Attorney for Plaintiff