FILED: April 25, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2492

(3:12-cv-00212-MOC-DSC)

_____

ERNIE S. BALDWIN

      Plaintiff - Appellant

v.

DUKE ENERGY CORPORATION; DUKE ENERGY BUSINESS SERVICES LLC,

      Defendants - Appellees

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 04/25/2014

Opening brief due: 04/25/2014

Response brief due: 05/30/2014

Any reply brief: 14 days from service of response brief.

      For the Court--By Direction

      /s/ Patricia S. Connor, Clerk